U.S. DISTRICT COURT for the EASTERN DISTRICT OF TENNESSEE at CHATTANOOGA

- [✓] Initial Appearance
- [✓] Complaint
- [ ] Preliminary Exam
- [ ] Motion Hearing
- [ ] Indictment
- [ ] SSI
- [ ] Information
- [ ] Detention Hearing
- [ ] Bond Hearing
- [ ] Petition for Probation/Supervised Release action
- [ ] Arraignment
- [ ] Arraignment on SSI

Case No. **1:20-mj-130**　　USA v. **Daniel Comoretto**

**PRESENT:** Honorable **Christopher H. Steger**　　[ ] U.S. District Judge **OR** [✓] U.S. Magistrate Judge

**Steve Neff** — Assistant U.S. Attorney
**Joe Austin** — Attorney for Defendant　[✓] Appt. [ ] Retd [✓] Ltd. App.
**Mary Ann Zwicknagel** — Probation Officer

**Stefanie Capetz** — Courtroom Deputy
**Elizabeth Coffey** — Court Reporter
Interpreter(s): _____　[ ] SWORN

Digital Recording: Crtrm 1B [ ]　OR Crtrm 4 [ ]

**PROCEEDINGS:** [✓] DEFENDANT(S) SWORN

**DATES SET:**

- [ ] Financial affidavit(s) executed
- [ ] Court appointed attorney(s) under CJA
- [ ] Court may require deft(s) repay govt cost of atty(s)
- [ ] Defendant(s) waived appointment of attorney(s)
- [✓] Defendant(s) specifically advised of rights
- [ ] Deft advised of Rules 20, 5 FRCrP
- [✓] Deft executed waiver of Rule 5, 5.1 hearing
- [ ] Deft waived reading of indictment/information
- [ ] Indictment/Information read
- [ ] Deft pleads not guilty to counts_____
- [ ] Not guilty plea entered by Court on deft's behalf
- [ ] Deft. entered no plea

Detention hearing: _____
Preliminary exam: _____
Revocation hearing: _____
Arraignment: _____
OTHER: **9/18/2020 at 2PM/ED-NYC**

Court ordered file [ ] sealed **OR** [ ] unsealed

**TESTIMONY BY**: _____

**OTHER MATTERS**:

**BOND**

[✓] Govt. motion for detention without bond: [✓] granted [ ] denied
[✓] Court ordered deft released on bond (see order setting conditions of release)

Amount: **$30,000 -See Conditions**　Type: _____

Defendant ineligible for release on bond: _____

Deft [ ] remanded to custody of U.S. Marshal　[ ] remained in custody　[ ] remained on bond　[✓] released on bond

Time: **2:15** to **3:50**　　Date: **September 10, 2020**

rev 3/09